IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR195 |
| | ) | |
| JAMES C. ASMUS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Amended Motion to Continue [34].   Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the defendant's Amended Motion to Continue [34] is granted and the Motion to Continue [33] is denied as moot; and

2. That the evidentiary hearing on the Arraignment on Superseding Indictment, First Motion to Suppress Evidence Based on Search of Residence, Vehicle and Person [28] and Second Motion to Suppress Evidence Based on Statements and Fruits Derived Therefrom [30] is continued to **October 28, 2008** at **9:30 a.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 24th day of July, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge