IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:08CR195 |
| v. | ) | |
| JAMES C. ASMUS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that, following a phone conference with counsel and Pretrial Services, the warrant (Filing No. 76) issued pursuant to the Petition for Action on Conditions of Pretrial Release (Filing No. 75) is hereby rescinded.

DATED this 10th day of December, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge