UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR195 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| JAMES ASMUS, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 11th day of February, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On December 3, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, Section 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

    a.    Ruger .22 cal rifle Model: 10/22 serial number: 241-32298;

    b.    Remington .270 cal bolt-action rifle Model: 700 serial number: A6203080;

    c.    Browning 12 ga. Shotgun Model: Light Twelve serial number: 56224;

    d.    Remington 12 ga. Shotgun Model: 11-87 serial number: PC024192;

    e.    Winchester .264 caliber rifle Model: 70 serial number: 476643;

    f.    Unknown tactical type 12 ga. Pump shotgun serial number: L3210491;

    g.    Remington 7m bolt action rifle Model: 700 serial number: C6866509;

h. Winchester 30-30 caliber rifle Model: 94 serial number: 2010335;

i. Winchester 12 ga. Pump shotgun Unknown model serial number: 384831;

j. Remington .270 cal rifle Model: 700 serial number: C6560244;

k. Colt .223 cal semi-auto rifle Model: AR 15 A1 serial number: SP337702;

l. Savage Arms .22 cal break-open rifle Model: 24 S-A serial number: None;

m. Winchester .22 cal pump rifle Model: 6 serial number: 813157;

n. Professional Ordinance INC. 5.56 cal rifle Model: Carbon 15 serial number: C03695;

o. Poly Technologies Model: AKS 762 7.62 x 39 mm cal semi-auto rifle serial number: PF-07100; Remington 12 ga. Pump shotgun Model: 10 serial number: 248659;

p. Gesichert 9mm pistol Model: 1920/1918 serial number: 6868;

q. Ruger .22 caliber pistol Model: Mark II Target Serial number: 212-97799;

r. Colt .45 caliber revolver Model: Virginian Dragoon serial number: D 0072;

s. J Stevens & Arms 12 ga. Pump shotgun Model: unknown serial number: 29404;

t. Trail Guns Armory Model: unknown 45-70 caliber rifle serial number: C5494;

u. Ithaca 12 ga. Double barrel shotgun Model: unknown serial number: 359735;

v. Barretta 12 ga, double barrel shotgun Model: S 686 serial number: U01805B

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 8, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on February 10, 2009 (Filing No. 81).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-referenced properties, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms is directed to dispose of said properties in accordance with law.

DATED this 11th day of February, 2009.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**